In the Matter of the Application of ERNEST L. SCHWAB, Appellant, for an Order against JOHN J. McELLIGOTT, as Commissioner of the Fire Department of the City of New York, and as Trustee of the New York Fire Department Relief Fund, and JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of MAX B. SCHUBACK and ELIZABETH SCHU-BACK, as Administrators, etc., of HYMAN P. SCHUBACK, Deceased, to Discover Certain Property of the Said Deceased Claimed to Be Withheld. MAX B. SCHU-BACK and ELIZABETH SCHUBACK, as Administrators, etc., Appellants; WM. P. GOLDMAN & BROS., INC., WILLIAM P. GOLDMAN, LOUIS BLOOM and ABRAHAM GOLDSTEIN, Respondents.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

UNIVERSAL PICTURES COMPANY, INC., Respondent, v. JOHN D. TIPPETT, Appellant, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to defendant-appellant to answer within ten days after service of a copy of the order with notice of entry thereof, upon payment of said costs and the costs awarded by the court at Special Term. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

EUGENE J. NOYES, Respondent, v. PRESIDENT AND DIRECTORS OF THE MAN-HATTAN COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of a copy of the order, with notice of entry thereof, upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to reverse and grant the motion.

In the Matter of the Judicial Settlement of the Account of Proceedings of FRANK T. SULLIVAN and CITY BANK FARMERS TRUST COMPANY, as Executors, etc., of KARL JUNGBLUTH, Deceased. KARL JUNGBLUTH, JR., and AMELIA JUNGBLUTH WILSON, Appellants; FRANK T. SULLIVAN and CITY BANK FARMERS TRUST COM-PANY, as Executors, etc., and MAE STEWART JUNGBLUTH, Respondents.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

JULIA MEYER and HENRY MEYER, Appellants, v. THE CITY OF NEW YORK, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Glennon and Dore, JJ., dissent and vote to reverse and deny the motion.

AMERICAN SURETY COMPANY OF NEW YORK and Others, Appellants, v. CHARLES E. FENNER and Others, Individually and as Copartners Trading under the Firm Name and Style of FENNER & BEANE, and CHARLES E. FENNER, SAMUEL UNGER-LEIDER and Others, Individually and as Copartners Trading under the Firm Name and Style of FENNER, BEANE & UNGERLEIDER, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, with leave to the defendants to answer within twenty days after service of a copy of the order, with notice of entry thereof, upon payment of said costs. (See *Fur & Wool Trading Co., Ltd.*, v. *Fox, Inc.*, 245 N. Y. 215; *National City Bank of New York* v. *Waggoner*, 230 App. Div. 88; affd., 255 N. Y. 527.) Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.